## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN JR.,

           Plaintiff,

           -against-

STARBUCKS COFFEE COMPANY,

           Defendant.

Case No.: 1:19-cv-00060

**NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Phillip Sullivan Jr., are hereby dismissed with prejudice as against Defendant, Starbucks Coffee Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without fees and costs to either party.

Dated: September 9, 2019
      New York, New York

                                    */s/ C.K. Lee*
                                    C.K. Lee, Esq.
                                    Lee Litigation Group, PLLC
                                    148 West 24th Street, Eighth Floor
                                    New York, NY 10011
                                    Phone: (212) 465-1188

SO ORDERED:

U.S.D.J.